UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ECHO ENGINEERING & PRODUCTION SUPPLIES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 1:09-cv-00582-SEB-DML ) |
| ENGINEERED PRODUCTS & SERVICES, INC., | ) ) |
| Defendant. | ) |

# Order on Motion to Stay (Dkt. 13)

Plaintiff Echo Engineering & Production Supplies, Inc. ("Echo") filed its declaratory judgment action in this court on May 8, 2009, seeking a declaration that it has not infringed the patent of defendant Engineered Products & Services, Inc. ("EPSI") ("Indiana Action"). On May 5, 2009, EPSI had filed an action against Echo in the Eastern District of Wisconsin, alleging that Echo has infringed that same patent ("Wisconsin Action"). EPSI, however, did not serve Echo with the complaint in the Wisconsin Action until after Echo had filed and served its complaint in the Indiana Action.

EPSI has filed a motion in the Wisconsin Action to enjoin Echo from prosecuting its lawsuit here; Echo has asked the same court to dismiss the Wisconsin Action or transfer it to this district. EPSI has filed with this court a motion to stay all proceedings pending the rulings by the Eastern District of Wisconsin on the motions pending there. (Dkt. 13) The parties agree that because the Wisconsin Action was filed first, the court in that case should decide where this litigation will proceed. Echo also agrees with EPSI that discovery in this case should be stayed pending the Wisconsin district court's rulings; it maintains, however, that the pleadings stage of this case should move forward without delay.

As a practical matter, there's little remaining, if anything, for this court to resolve in connection with the motion to stay. It has already required that EPSI respond to the complaint, and EPSI did so on July 17, 2009. Echo has argued that EPSI should also be required to assert its counterclaims and Echo its response to those counterclaims to "close the pleadings in this case and permit this court to resolve any disputes regarding those pleadings." (Dkt. 15 at 4) EPSI did not file compulsory counterclaims in this case when it filed its answer, but the Federal Rules of Civil Procedure don't require it to do so, irrespective of a stay. Fed.R.Civ.P. 13(a)(2)(A).

For these reasons, the court GRANTS IN PART and DENIES IN PART the motion to stay. All discovery (including initial disclosures) is STAYED pending the rulings of the Eastern District of Wisconsin on EPSI's motion to enjoin and Echo's motion to dismiss or transfer; the parties will not propose, and the court will not enter, a case management plan at this time. The motion to stay is in all other respects denied.

So ORDERED.

08/03/2009

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jeff M. Barron
BARNES & THORNBURG LLP
jeff.barron@btlaw.com

Alejandro Valle
GONZALEZ SAGGIO & HARLAN LLP
alejandro_valle@gshllp.com

James R. Sweeney II
BARNES & THORNBURG LLP
jsweeney@btlaw.com